# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 6/12/2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 12:54:21 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

TO:     14TH COURT OF APPEALS

From:    **Deputy Clerk: PHYLLIS WASHINGTON**
         **Chris Daniel, District Clerk**
         **Harris County, T E X A S**

**CAUSE:  2013-28123**

**VOLUME ____ PAGE ____ OR IMAGE # 65447898**

**DUE  7/14/2015          ATTORNEY 20981000**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:    5/15/2015**

**MOTION FOR NEW TRIAL DATE FILED    NONE**

**REQUEST TRANSCRIPT DATE FILED    NONE**

**NOTICE OF APPEAL DATE FILED    6/12/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:  YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  _/s/PHYLLIS WASHINGTON_
         **PHYLLIS WASHINGTON , Deputy**

| | |
|---|---|
| BC | **NOTICE OF APPEAL FILED** |
| BG | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| C | **JUDGMENT BEING APPEALED** |
| D - | **ACCELERATED APPEAL** |
| OA | **NO CLERK'S RECORD REQUEST FILED** |
| O | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**) |
| NA | **AMENDED NOTICE OF APPEAL** |

CAUSE NO. 2013-28123

| | | |
|---|---|---|
| INDEPENDENCIA DE LA CRUZ, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOUSTON COMMUNITY COLLEGE, | § | |
| | § | |
| Defendant. | § | 80TH JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Independencia De la Cruz, the Plaintiff in the above styled and numbered cause, and files this her Notice of Appeal from the Court's Order granting the Motion for Summary Judgment of the Defendant, Houston Community College, signed on May 15, 2015 (attached as *Exhibit 1*), disposing of all the Plaintiff's claims, as well as any and all rulings or orders adverse to the Plaintiff.

Date: June 12, 2015.

Respectfully Submitted,

WATTS & COMPANY LAWYERS, LTD.

/s/ *Larry Watts*
Laurence ("Larry") Watts
State Bar No. 20981000
P.O. Box 2214
Missouri City, Texas 77459
(281) 431-1500
(877) 797-4055 – facsimile
wattstrial@gmail.com

ATTORNEYS FOR PLAINTIFF
INDEPENDENCIA DE LA CRUZ

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2015, a true and correct copy of the foregoing Notice of Appeal, and attachment, was served on opposing counsel(s) of record via e-service, if available, and/or facsimile transmission, in accordance with the rules, to:

Yvette Gatling
ygatling@littler.com
Jillian B. Mertz
jmertz@littler.com
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 951-9212 – facsimile


/s/ *Larry Watts*
Laurence ("Larry") Watts

## NO. 2013-28123

| | | |
|---|---|---|
| INDEPENDENCIA DE LA CRUZ, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | HARRIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| HOUSTON COMMUNITY COLLEGE, | § | 80TH JUDICIAL DISTRICT |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Traditional and No-Evidence Motion for Summary Judgment. Having considered the motion, Plaintiff's response and arguments of counsel,

IT IS ORDERED that the motion is GRANTED.

Signed this ___ date of May, 2015.

_____
PRESIDING JUDGE

FILED
Chris Daniel
District Clerk

MAY 15 2015

Time:_____ 11:55 am
Harris County, Texas

By_____ A.C.
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

NO. 2013-28123

| INDEPENDENCIA DE LA CRUZ, | § | IN THE DISTRICT COURT OF |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOUSTON COMMUNITY COLLEGE, | § | 80TH JUDICIAL DISTRICT |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Traditional and No-Evidence Motion for Summary Judgment. Having considered the motion, Plaintiff's response and arguments of counsel,

IT IS ORDERED that the motion is GRANTED.

Signed this ___ date of May, 2015.

_____
PRESIDING JUDGE

Unofficial Copy Office of Chris Daniel District Clerk

FILED
Chris Daniel
District Clerk

MAY 15 2015
Time:_____ 11:55am
Harris County, Texas
By_____ A.C.
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

EXHIBIT 1

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUN 16, 2015(C1)
INT6510                  CIVIL CASE INTAKE                OPT: _____ - INT
                      GENERAL PARTY INQUIRY              PAGE:   1 -    1

CASE NUM: 201328123__ PJN> __  TRANS NUM: _____ CURRENT COURT: 80  PUB? _
CASE TYPE: DISCRIMINATION                 CASE STATUS: DISPOSED (FINAL)
STYLE: DE LA CRUZ, INDEPENDENCIA          VS HOUSTON COMMUNITY COLLEGE
============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
  NUM    NUMBER                                         STAT
_     00005-0001 AGT          ALL INTERESTED PARTIES
_     00004-0001 MED 19135650 SOUSSAN, SUSAN S.
_     00003-0001 AGT          HOUSTON COMMUNITY COLLEGE DIST
_     00002-0001 DEF 24007231 HOUSTON COMMUNITY COLLEGE        GATLING, YVET
_     00001-0001 PLT 20981000 DE LA CRUZ, INDEPENDENCIA        WATTS, LAUREN



==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```